IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division
In Admiralty

| | |
|---|---|
| NORFOLK AND PORTSMOUTH BELT LINE RAILROAD COMPANY,<br><br>     Plaintiff,<br><br>v.<br><br>M/T MACKENZIE ROSE, her cargo, engines, boilers, tackle, equipment, apparel, and appurtenances, etc., *in rem*,<br><br>and<br><br>COEYMANS MARINE TOWING, LLC, *in personam,*<br><br>and<br><br>CARVER MARINE TOWING, LLC, *in personam,*<br><br>     Defendants. | Civil Action 2:24-cv-00407 |

## ORDER GRANTING MOTION TO INTERVENE

This Court, having considered Evanston Insurance Company's Motion to Intervene, finds the motion is well taken and should be granted accordingly.

It is therefore **ORDERED** that Evanston Insurance Company's Motion to Intervene is hereby **GRANTED.**

     **AND IT IS SO ORDERED.**

Entered:_____

_____
Elizabeth W. Hanes
United States District Judge