IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

NORFOLK AND PORTSMOUTH BELT
LINE RAILROAD COMPANY

    Plaintiff,

v.                                         Civil Action No. 2:24cv407 (EWH)

M/T MACKENZIE ROSE, her cargo,
Engines, boilers, tackle, equipment, apparel,
and appurtenances., *in rem*,

and

COEYMANS MARINE TOWING, LLC,
*in personam*,

and

CARVER MARINE TOWING, LLC,
*in personam,*

    Defendants.

## **ORDER**

    This matter is before the Court on Evanston Insurance Company's ("Evanston) Motion to Intervene. ECF No. 5 ("Motion"). No objections or responses have been filed. Upon consideration of the Motion and the Complaint in Intervention attached as Exhibit 1 to Evanston's Motion, the Court finds that the requirements of Rule 24(a) have been satisfied. *See* Fed. R. Civ. P. 24(a). Accordingly, Evanston's Motion is hereby GRANTED.

    IT IS SO ORDERED.

                                                                     /s/
                                                    Elizabeth W. Hanes
                                                    United States District Judge

Norfolk, Virginia
Date: September 24, 2024