**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
NORFOLK and NEWPORT NEWS DIVISIONS
**OFFICE OF THE CLERK**

# NOTICE

Date:   December 4, 2024

To:     Counsel for Plaintiff and Intervening Plaintiff

Re:     Civil Action No. 2:24cv407
        Norfolk And Portsmouth Belt Line Railroad Company v. M/T Mackenzie Rose et al

Responsive pleadings have not been filed by any defendant in this case. Plaintiff's counsel is requested to file a status report electronically within fifteen (15) days from the date of this notice. The status report should be in the form of a pleading which conforms to ECF Policies and Procedures.

A party seeking leave of Court to respond to the complaint out of time must obtain Court approval by filing an appropriate motion with a proposed order, accompanied by a brief in support. If a party is in default, counsel should electronically file a request for entry of default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

                                            FERNANDO GALINDO, Clerk

                                    By:     _____/s/_____
                                            J. Hiemer, Deputy Clerk