UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

Norfolk and Portsmouth Belt Line
Railroad Company,

        Plaintiff,

v.                                    Action No.  2:24cv407

M/T Mackenzie Rose, etc., et al,,

        Defendants.

---

IN THE MATTER OF COEYMANS MARINE TOWING,
LLC D/B/A CARVERMARINETOWINGAS OWNER
AND OPERATOR OF M/T MACKENZIE ROSE,    Action No. 2:24cv490
(IMO NO. 8968765), HER CARGO, ENGINES,
BOILERS, TACKLE, EQUIPMENT, APPAREL,    In Admiralty
AND APPURTENCES, ETC., IN REM
("M/T MACKENZIE ROSE") PETITIONING FOR
EXONERATION FROM OR LIMITATION OF LIABILITY
IN ALLISION WITH NORFOLK AND PORTSMOUTH
BELT LINE RAILROAD COMPANY MAIN LINE
RAILROAD BRIDGE (THE "BRIDGE") OCCURING
JUNE 15, 2024 IN AND ABOUT THE ELIZABETH
RIVER, VIRGINIA

## ORDER

On December 19, 2024, counsel for Plaintiff in <u>Norfolk and Portsmouth Belt Line Railroad Company v. M/T Mackenzie Rose, etc., et al</u> (Civil Action No. 2:24cv407) filed a Joint Status Report as requested by the Court. ECF No. 16. In that Status Report, counsel indicated that "[f]or the sake of judicial economy, the Belt Line and Evanston further anticipate filing a Motion to Consolidate this case with the Limitation Action for all purposes,

including discovery and trial, and will address the issue at the to-be-scheduled Initial Pretrial Conference in the Limitation Action." Id. at 3. The Court agrees that this matter should be consolidated with the Limitation Action In the Matter of Coeymans Marine Towing, LLC, etc., et al. (Civil Action No. 2:24cv490), and **DIRECTS** the Clerk to consolidate the two cases into Civil Action No. 2:24cv490.

　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　/s/ _____

　　　　　　　　　　　　　　　　　　　Mark S. Davis
　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
December 20, 2024